1  LUANNE SACKS, Bar No. 120811
   luanne.sacks@dlapiper.com
2  CARTER W. OTT, Bar No. 221660
   carter.ott@dlapiper.com
3  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
4  San Francisco, CA  94105
   Tel:  415.836.2500
5  Fax:  415.836.2501

6  Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT AMERICA LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GARCIA, on behalf of himself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Defendant. | CASE NO.  CV-11-2246 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** AS MODIFIED BY THE COURT<br><br>Judge:      Hon. Richard Seeborg<br>Courtroom:  3 |

DLA PIPER LLP (US)

WEST\224158298.1            STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
                                                            CASE NO. CV-11-2246 RS

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by plaintiff Henry Garcia and defendant Sony Computer Entertainment America LLC ("SCEA"), by and through their attorneys of record, as follows:

WHEREAS, on July 7, 2011, SCEA filed a Motion to Dismiss Mr. Garcia's Initial Class Action Complaint and a Motion to Stay Discovery pending resolution of the Motion to Dismiss. These motions were noticed for hearing on August 25, 2011.

WHEREAS, on July 21, 2011, Mr. Garcia' filed a First Amended Class Action Complaint in response to SCEA's Motion to Dismiss the Initial Class Action Complaint.

WHEREAS, on August 8, 2011, SCEA filed a Motion to Dismiss Mr. Garcia's First Amended Class Action Complaint. This motion is noticed for hearing on September 15, 2011.

WHEREAS, the parties agree that, because of the overlap in the factual and legal bases for SCEA's Motion to Stay Discovery and its Motion to Dismiss the First Amended Class Action Complaint as well as Mr. Garcia's opposition to those motions, it would be more efficient and beneficial to schedule these motions for hearing on the same date.

On these grounds, the parties hereby stipulate and agree to continue the date for hearing SCEA's Motion to Stay Discovery from August 25, 2011, at 1:30 p.m., to September 15, 2011, at 1:30 p.m. The parties do not request a continuance of the Initial Case Management Conference scheduled for August 25, 2011.

Dated: August 9, 2011

BLOOD HURST & O'REARDON LLP

CASEY GERRY  SCHENK FRANCAVILLA BLATT & PENFIELD LLP

DAVID LIZERBRAM & ASSOCIATES

By   /s/ Timothy G. Blood
TIMOTHY G. BLOOD
THOMAS J. O'REARDON II
PAULA M. ROACH
Attorneys for Plaintiff
HENRY GARCIA

Dated: August 9, 2011                            DLA PIPER LLP (US)

By  /s/ Carter Ott
    CARTER W. OTT
    Attorneys for Defendant
    SONY COMPUTER ENTERTAINMENT
    AMERICA LLC

I, Carter Ott, am the ECF user whose ID and password are being used to file this STIPULATION TO CONTINUE HEARING DATE.  In compliance with General Order 45, X.B., I hereby attest that Timothy Blood has concurred in this filing.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The hearing regarding SCEA's Motion to Stay Discovery, currently scheduled for August 25, 2011, is hereby continued to September 15, 2011 at 1:30 p.m.   Initial Case Management scheduled for August 25, 2011 at 10:00 AM.

IT IS SO ORDERED.

DATED:  8/9         , 2011

By  [signature]
    HONORABLE RICHARD SEEBORG
    United States District Judge