**\*E-Filed 9/19/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GARCIA, on behalf of himself, all others similarly situate, and the general public,<br><br>   Plaintiff,<br><br> v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>   Defendant.<br>_____/ | No. C 11-02246 RS<br><br>**ORDER SETTING TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to the Order entered today granting defendant's motion to dismiss with leave to amend, Garcia must file any amended complaint within twenty days of the date of this Order.

IT IS SO ORDERED.

Dated: 9/19/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE