*E-Filed 10/6/11*

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA M. ROACH (254142)
600 B Street, Suite 1550
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
proach@bholaw.com

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD, LLP
DAVID S. CASEY, JR. (60768)
FREDERICK SCHENK (86392)
GAYLE BLATT (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
fschenk@cglaw.com
gblatt@cglaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GARCIA, On Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>           Plaintiff,<br><br>      v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>           Defendant. | Case No.:   3:11-cv-02246-RS<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER FOR REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED CLASS ACTION COMPLAINT AND TO SET BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS<br><br>Judge: Richard Seeborg<br>Courtroom: 3, 17th Floor<br>Date Filed:  May 6, 2011<br>Trial Date:  TBD |

1   Pursuant to Civil Local Rules 6-1 and 6-2 of the Northern District of California, it is
2   hereby stipulated and agreed by plaintiff Henry Garcia and defendant Sony Computer
3   Entertainment America LLC ("SCEA"), by and through their counsel of record, as follows:
4   WHEREAS, on September 19, 2011, this Court entered its Order Granting Motion to
5   Dismiss with Leave to Amend and Granting in Part and Denying in Part Motion to Stay
6   Discovery (collectively referenced herein as the "Order");
7   WHEREAS, in the Order, this Court ordered Mr. Garcia to file any amended complaint
8   within 20 days of the date of the Order;
9   WHEREAS, since September 19, Mr. Garcia's counsel have been diligently working to
10  prepare the amended complaint, including meeting with consultants;
11  WHEREAS, during this time one of Mr. Garcia's lead counsel, Gayle Blatt, has been
12  in a previously scheduled trial and unable to devote the necessary time to amending the
13  complaint;
14  WHEREAS, Mr. Garcia's counsel otherwise needs additional time to complete
15  gathering information to address issues raised in the Order;
16  WHEREAS, pursuant to Mr. Garcia's counsel's request, counsel for the parties have
17  met and conferred and agree to the following schedule for filing an amended complaint and
18  briefing and hearing SCEA's pleading challenge to the amended complaint:
19  October 17, 2011 – Last day for Mr. Garcia to file his Second Amended Complaint.
20  November 14, 2011 – Last day for SCEA to file its pleading challenge to the Second
21  Amended Complaint.
22  December 6, 2011 – Last day for Mr. Garcia to file his opposition to SCEA's pleading
23  challenge.
24  December 19, 2011 – Last day for SCEA to file a reply brief in support of its pleading
25  challenge.
26  January 12, 2011, 1:30 P.M. – Hearing regarding SCEA's pleading challenge to the
27  Second Amended Complaint.
28

1  WHEREAS, no other dates have been set by the Court, and this is the first request for
2  an extension to file the amended complaint.

4  Dated: October 5, 2011                    BLOOD HURST & O'REARDON, LLP
                                             TIMOTHY G. BLOOD (149343)
5                                            THOMAS J. O'REARDON II (247952)
                                             PAULA M. ROACH (254142)

7                                            By:         s/ *Timothy G. Blood*
                                                         TIMOTHY G. BLOOD

                                             600 B Street, Suite 1550
                                             San Diego, CA  92101
                                             Telephone: 619/338-1100
                                             619/338-1101 (fax)
                                             tblood@bholaw.com
                                             toreardon@bholaw.com
                                             proach@bholaw.com

                                             CASEY GERRY SCHENK FRANCAVILLA
                                               BLATT & PENFIELD, LLP
                                             DAVID S. CASEY, JR. (60768)
                                             FREDERICK SCHENK (86392)
                                             GAYLE BLATT (122048)
                                             110 Laurel Street
                                             San Diego, CA 92101
                                             Telephone: 619/238-1811
                                             619/544-9232 (fax)
                                             dcasey@cglaw.com
                                             fschenk@cglaw.com
                                             gblatt@cglaw.com

                                             DAVID LIZERBRAM & ASSOCIATES
                                             DAVID LIZERBRAM (222007)
                                             2247 San Diego Avenue, Suite 235
                                             San Diego, CA 92110
                                             Telephone: 619/517-2272
                                             619/393-0498 (fax)
                                             david@lizerbramlaw.com

                                             Attorneys for Plaintiff

BLOOD HURST & O'REARDON, LLP

00037266

2                                            Case No. 3:11-cv-02246- RS
STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE AMENDED CMPLT

| | | |
|---|---|---|
| 1 | Dated: October 5, 2011 | DLA PIPER LLP (US)<br>LUANNE SACKS (120811)<br>CARTER W. OTT (221660) |
| 2 | | |
| 3 | | By:     s/ *Carter W. Ott* <br>       CARTER W. OTT |
| 4 | | |
| 5 | | 555 Mission Street, Suite 2400<br>San Francisco, CA 94105<br>Telephone: 415/836-2500 |
| 6 | | 415/836-2501 (fax)<br>Luanne.Sacks@dlapiper.com |
| 7 | | Carter.Ott@dlapiper.com |
| 8 | | Attorneys for Defendant |

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED:  October 5, 2011            BLOOD HURST & O'REARDON, LLP

                                   By:     s/ *Timothy G. Blood*
                                          TIMOTHY G. BLOOD

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Plaintiff's Second Amended Complaint shall be filed and Defendant's pleading challenge to that amended complaint shall be briefed and heard according to the following schedule:

October 17, 2011 – Last day for Plaintiff to file his Second Amended Complaint.

November 14, 2011 – Last day for Defendant to file its pleading challenge to Plaintiff's Second Amended Complaint.

December 6, 2011 – Last day for Plaintiff to file his opposition to Defendant's pleading challenge.

December 19, 2011 – Last day for Defendant to file a reply brief in support of its pleading challenge.

January 12, 2011, 1:30 P.M. – Hearing regarding Defendant's pleading challenge to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

DATED: __10/6/11_____       By: _____
                                 HONORABLE RICHARD SEEBORG
                                 United States District Judge