*E-Filed 12/1/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GARCIA, On Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>Defendant. | Case No.:   3:11-cv-02246-RS<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND TO AMEND THE BRIEFING SCHEDULE ON DEFENDANT SONY'S MOTION TO DISMISS<br><br>Judge:  Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Date Filed:  May 6, 2011<br>Trial Date:  TBD |

Having considered Plaintiff's Motion to Amend the Briefing Schedule on Sony's Motion to Dismiss and the declaration of Paula M. Roach in support, plaintiff's motion is hereby GRANTED. Plaintiff's opposition to Sony's motion to dismiss shall be due on or before January 16, 2012, Sony's reply in support of its motion shall be due on or before February 2, 2012, and the hearing on Sony's motion shall be held February 16, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED:  12/1/11

By: *[signature]*
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE