*E-Filed 12/1/11*

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA M. ROACH (254142)
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
proach@bholaw.com

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD, LLP
DAVID S. CASEY, JR. (60768)
FREDERICK SCHENK (86392)
GAYLE BLATT (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
fschenk@cglaw.com
gblatt@cglaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GARCIA, On Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>Defendant. | Case No.:   3:11-cv-02246-RS<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT ACTIVISION'S MOTION TO DISMISS<br><br>Judge:  Richard Seeborg<br>Courtroom: 3, 17th Floor<br>Date Filed:  May 6, 2011<br>Trial Date:  TBD |

Counsel for defendant Activision Blizzard, Inc. ("Activision") and plaintiff Henry Garcia have conferred regarding a briefing schedule for Activision's motion to dismiss Mr. Garcia's Second Amended Complaint and have agreed that Mr. Garcia's opposition to Activision's motion to dismiss will be due on or before January 16, 2012, Activision's reply in support of its motion to dismiss will be due on or before February 2, 2012, and Activision's motion will be heard on February 16, 2012, at 1:30 p.m.

Whereas, the Court previously ordered, pursuant to the parties' stipulation, that Activision's response to the Second Amended Complaint is due on or before December 19, 2011. The parties have not previously requested a modification of the remaining briefing dates or deadlines.

Whereas, the two weeks plaintiff has to respond to Activision's motion to dismiss pursuant to Local Rule fall directly over the holidays (December 19, the day Activision's motion is due, to January 2, 2012, the day plaintiff's opposition is currently due according to Local Rule). Plaintiff seeks additional time to respond to accommodate counsel's holiday schedules.

Based on the foregoing and pursuant to Local Rule 6-1 of the Northern District of California, the parties, by and through their attorneys of record, hereby stipulate and agree that Mr. Garcia's opposition to Activision's motion to dismiss will be due on or before January 16, 2012, Activision's reply in support of its motion to dismiss will be due on or before February 2, 2012, and the hearing on Activision's motion will be held on February 16, 2012, at 1:30 p.m.

IT IS SO STIPULATED.

Dated: November 30, 2011

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA M. ROACH (254142)

By: s/ *Timothy G. Blood*
TIMOTHY G. BLOOD

00039265

1     Case No. 3:11-cv-02246- RS
STIPULATION AND [PROPOSED] SETTING BRIEFING SCHEDULE

BLOOD HURST & O'REARDON, LLP

| | |
|---|---|
| 1 | 600 B Street, Suite 1550 |
| 2 | San Diego, CA 92101<br>Telephone: 619/338-1100 |
| 3 | 619/338-1101 (fax)<br>tblood@bholaw.com |
| 4 | toreardon@bholaw.com<br>proach@bholaw.com |
| 5 | CASEY GERRY SCHENK FRANCAVILLA |
| 6 | BLATT & PENFIELD, LLP<br>DAVID S. CASEY, JR. (60768) |
| 7 | FREDERICK SCHENK (86392)<br>GAYLE BLATT (122048) |
| 8 | 110 Laurel Street<br>San Diego, CA 92101 |
| 9 | Telephone: 619/238-1811<br>619/544-9232 (fax) |
| 10 | dcasey@cglaw.com<br>fschenk@cglaw.com<br>gblatt@cglaw.com |
| 11 | |
| 12 | DAVID LIZERBRAM & ASSOCIATES<br>DAVID LIZERBRAM (222007) |
| 13 | 2247 San Diego Avenue, Suite 235<br>San Diego, CA 92110 |
| 14 | Telephone: 619/517-2272<br>619/393-0498 (fax) |
| 15 | david@lizerbramlaw.com |
| 16 | *Attorneys for Plaintiff* |
| 17 | Dated: November 30, 2011   DLA PIPER LLP (US)<br>LUANNE SACKS (120811) |
| 18 | CARTER W. OTT (221660) |
| 19 | By:           s/ *Carter W. Ott* |
| 20 | CARTER W. OTT |
| 21 | 555 Mission Street, Suite 2400<br>San Francisco, CA 94105 |
| 22 | Telephone: 415/836-2500<br>415/836-2501 (fax) |
| 23 | Luanne.Sacks@dlapiper.com<br>Carter.Ott@dlapiper.com |
| 24 | Attorneys for Defendant |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

00039265

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED: November 30, 2011          BLOOD HURST & O'REARDON, LLP

By:          s/ *Timothy G. Blood*
             TIMOTHY G. BLOOD

[~~PROPOSED~~] **ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

Mr. Garcia shall file his opposition to Activision's motion to dismiss the Second Amended Complaint on or before January 16, 2012, Activision shall file its reply in support of its motion to dismiss on or before February 2, 2012, and the hearing on Activision's motion shall be held on February 16, 2012, at 1:30 p.m.

DATED:   12/1/11

By: _/s/ Richard Seeborg_
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 30, 2011.

s/ *Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com